LOUIS KROLL, Appellant, *v.* ALEXANDER IPPOLIPO et al., Respondents.*

Supreme Court, Appellate Term, First Department, April 5, 1945.

* See, also, *Auster* v. *Princess Fabrics, Inc.,* 174 Misc. 1096.— [REP.

*Benjamin Levin* for appellant.

*Henry E. Fasano* for respondents.

MEMORANDUM *Per Curiam*. The judgment of the Small Claims Court is *res judicata* only as to the amount involved, and nothing else. (N. Y. City Mun. Ct. Code, § 186; L. 1915, ch. 279, as added by L. 1934, ch. 598.)

The judgment and order should be reversed, with $10 costs, and motion denied.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.

Judgment and order reversed, etc.